■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP GORSKY, Appellant. [639 NYS2d 701] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 5, 1990 (*People v Gorsky*, 158 AD2d 469), affirming a judgment of the Supreme Court, Kings County, rendered August 20, 1987.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Sullivan and McGinity, JJ., concur.